**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| FOWLER WOODS, LLC, <br><br> v. <br><br> ACCURADIO, INC., et al. | Civil Action No. 2:10-cv-00163-TJW-CE <br><br> **JURY TRIAL DEMANDED** |

**NOTICE OF VOLUNTARY DISMISSAL**

Please take notice that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Fowler Woods, LLC voluntarily dismisses AccuRadio, Inc. without prejudice, the opposing party having served neither an answer nor a motion for summary judgment.

Dated:  June 23, 2010

Respectfully submitted,

By: /s/ Andrew W. Spangler
Andrew W. Spangler
Texas State Bar No. 24041960
**SPANGLER LAW P.C.**
208 N. Green Street, Suite 300
Longview, Texas 75601
Telephone: 903-753-9300
Facsimile: 903-553-0403
spangler@spanglerlawpc.com

**ATTORNEY FOR PLAINTIFF
FOWLER WOODS LLC**

## **CERTIFICATE OF SERVICE**

I hereby certify that the counsel of record who are deemed to have consented to electronic service are being served today with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

| | |
|---|---|
| June 23, 2010 | /s/   Andrew W. Spangler |
| | Andrew W. Spangler |